UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Cindy Roxanne Hawthorne, et al. v. Bayer Corporation, et al.* | No. 11-cv-12673-DRH |
| *April Ann Hicks v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-13160-DRH |
| *Linda Lee Hoof v. Bayer Corporation, et al.* | No. 10-cv-13521-DRH |
| *Summer Leigh Hucul v. Bayer Corporation, et al.* | No. 10-cv-13306-DRH |
| *Maria Amalia Kafarakis v. Bayer Corporation, et al.* | No. 10-cv-13516-DRH |
| *Tami Kerr v. Bayer Corporation et al.* | No. 11-cv-12942-DRH |
| *Whitney Wells Kester v. Bayer Corporation, et al.* | No. 11-cv-12412-DRH |
| *Kristin Marie Kightlinger v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-12289-DRH |
| *Lea L. Kirkpatrick v. Bayer Corporation, et al.* | No. 11-cv-12298-DRH |
| *Tasha Marcell v. Bayer Corporation, et al.* | No. 09-cv-20125-DRH |
| *Carrie Marie Logan v. Bayer Corporation, et al.* | No. 11-cv-12652-DRH |
| *Tabitha Mendence v. Bayer Corporation, et al.* | No. 10-cv-10746-DRH |
| *Elizabeth Reid Parsons v. Bayer Corporation, et al.* | No. 11-cv-12414-DRH |

| | |
|---|---|
| *Debra M. Peck, et al. v. Bayer Corporation, et al.* | No. 11-cv-12943-DRH |
| *Kristy Lakate Robinson v. Bayer Corporation, et al.* | No. 11-cv-13192-DRH |
| *Donna Roe v. Bayer Corporation, et al.* | No. 11-cv-10913-DRH |
| *Brandi Sanders v. Bayer Corporation, et al.* | No. 11-cv-11820-DRH |
| *Kaylene Sattanno v. Bayer Corporation, et al.* | No. 11-cv-12657-DRH |
| *Megan Michelle McDonough v. Bayer Corporation, et al.* | No. 10-cv-13699-DRH |
| *Ramona Strickland v. Bayer Corporation, et al.* | No. 10-cv-11235-DRH |
| *Kelley Ann Szidik v. Bayer Corporation, et al.* | No. 11-cv-12297-DRH |
| *Jenna Heather Tavano v. Bayer Corporation, et al.* | No. 11-cv-12040-DRH |
| *Christina Valenzuela, et al. v. Bayer Corporation, et al.* | No. 11-cv-13038-DRH |
| *Barbara Ann Ward, et al. v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-13370-DRH |
| *Kristy Weilbrenner v. Bayer Corporation, et al.* | No. 11-cv-12654-DRH |
| *Danielle Wiyrick v. Bayer Corporation, et al.* | No. 10-cv-10481-DRH |
| *Diana Martrice Womack v. Bayer Corporation, et al.* | No. 09-cv-20090-DRH |
| *Stephanie A. Wood, et al. v. Bayer Corporation, et al.* | No. 10-cv-10743-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
Deputy Clerk

**Dated:** February 19, 2014

Digitally signed by David R. Herndon
Date: 2014.02.19 16:50:47 -06'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**